UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTOPHER D. SLAUGHTER, | Case No. 23-cv-03326-HSG |
| Plaintiff, | **JUDGMENT** |
| v. | |
| KYAKAMEENA SKILLED NURSING FACILITY, | |
| Defendant. | |

The Court has DISMISSED this action without leave to amend. The Clerk shall enter judgment in favor of Defendant and against Plaintiff and close the case.

**IT IS SO ORDERED AND ADJUDGED.**

Dated:   9/21/2023

_____
HAYWOOD S. GILLIAM, JR.
United States District Judge